# EXHIBIT A

## JUNIPER NETWORKS, INC.
### Impact of Stock-based Compensation Expense
### On Consolidated Statement of Operations (In $ Millions):

| Fiscal Year | Pre-Tax | | | | After-Tax | | | |
|---|---|---|---|---|---|---|---|---|
| | Reported Income | Stock Expense Adjustment | Restated Income | Stock Expense as % of Reported Income | Reported Income | Stock Expense Adjustment | Restated Income | Stock Expense as % of Reported Income |
| FY 1999 Annual | (6.6) | (15.3) | (22)* | 232% | (9.0) | (15.3) | (24)* | 170% |
| FY 2000 Annual | 230.0 | (283.3) | (53)* | 123% | 148.0 | (201.6) | (73)* | 136% |
| FY 2001 Annual | 16.5 | (513.1) | (497)* | 3,109% | (13.4) | (488.1) | (475)* | 3,643% |
| FY 2002 Annual | (115.0) | (48.0) | (163) | 42% | (120.0) | (48.0) | (168) | 40% |
| FY 2003 Annual | 59.0 | (19.3) | 40 | 33% | 39.0 | (8.5) | 31 | 22% |
| FY 2004 Annual | 219.0 | (10.9) | 208 | 5% | 135.0 | (7.5) | 128 | 5.6% |
| FY 2005 Q1 | 111.2 | (1.7) | 109.5 | | 75.4 | (1.2) | 74.2 | |
| Q2 | 131.9 | (1.2) | 130.7 | | 89.0 | (0.8) | 88.2 | |
| Q3 | 125.2 | (0.8) | 124.4 | | 84.1 | (0.6) | 83.5 | |
| Q4 | 133.8 | (0.9) | 104.9 | | 105.5 | (0.6) | 104.9 | |
| Annual | 502.1 | (4.6) | 469.5 | 1% | 354.0 | 3.3 | 350.7 | 1% |
| FY 2006 Q1 | 110.6 | (0.6) | | 0.54% | | N/A | | |

*2006 Form 10-K reported expense adjustment, but not restated income.