RICHARD W. COHEN
DAVID C. HARRISON
LOWEY DANNENBERG COHEN, P.C.
One North Broadway
White Plains, New York 10601-2310
Telephone: 914-997-0500
*Counsel for the New York City Pension Funds*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: 415-788-4220
*Local Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No.   C 06-04327-JW |
| | MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| This Document Relates To: | |
| ALL ACTIONS. | Before: Hon. James Ware |
| The New York City Employees' Retirement System, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>LISA C. BERRY,<br><br>            Defendant. | No.   C 08-0246 MHP<br><br><br><br><br>Before: Hon. Marilyn H. Patel |

1  TO:   THE COURT AND ALL PARTIES OF RECORD

2         Pursuant to Local Rule 3-12, Lead Plaintiff the New York City Pension Funds (the "NYC
3  Funds") hereby requests that the Court make a determination that the above-captioned cases are
4  related.

5         There are currently three separate actions before the Honorable James Ware which assert
6  claims arising from allegations of stock option backdating at Juniper Networks, Inc. ("Juniper"), all
7  of which have been deemed related. These matters are as follows:

| Case Name | Case No. |
|---|---|
| *In re Juniper Derivative Actions* | C-06-03396-JW |
| *In re Juniper Networks, Inc. Sec. Litig.* | C-06-04327-JW |
| *Calamore v. Juniper Networks, Inc. et al.* | C-07-01772-JW |

13        On January 14, 2008, the NYC Funds filed a putative class action titled *The New York City*
14 *Employees' Retirement System et al v. Berry*, C-08-0246-MHP (N.D. Cal.), as a related case solely
15 for purposes of adding Lisa C. Berry, the former general counsel of Juniper Networks, Inc., as a
16 defendant. The *Berry* complaint asserts claims on behalf of purchasers of Juniper's stock, and
17 alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 resulting from
18 her role in the issuance of false financial results and other public misrepresentations that concealed
19 alleged backdating of stock option grants.

20        Civil Local Rule 3-12(a) provides that "[a]n action is related to another when: (1) The
21 actions concern the same parties, property, transaction or event; and (2) It appears likely that there
22 will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are
23 conducted before different Judges." This test is satisfied here. The *Berry* complaint contains
24 allegations that are essentially a subset of the allegations contained in the Amended Consolidated
25 Class Action Complaint in *In re Juniper Networks, Inc. Securities Litigation*, which is already
26 proceeding before the Honorable James Ware. The cases allege overlapping claims on behalf of an
27 overlapping class of individuals based on identical or substantially similar transactions or events.

1  There would be "an unduly burdensome duplication of labor and expense" if the *Berry* case were to
2  proceed separately before a different judge.
3       Accordingly, the NYC Funds request that the *Berry* action be deemed related to *In re Juniper*
4  *Networks, Inc. Securities Litigation*, as well as the other previously related Juniper stock option
5  cases listed above, and assigned to the Honorable James Ware.

7  Dated: January 22, 2008                                    LOWEY DANNENBERG COHEN, P.C.

                                      By:    /s/
                                                 RICHARD W. COHEN
                                                   (Admitted Pro Hac Vice)
                                                 DAVID C. HARRISON
                                                   (Admitted Pro Hac Vice)
                                                 One North Broadway
                                                 White Plains, NY  10601-2310
                                                 Telephone: 914-997-0500

                                                 *Counsel for Plaintiff The New*
                                                    *York City Pension Funds*

                                                 SCHUBERT & REED LLP
                                                 WILLEM F. JONCKHEER S.B.N. 178748
                                                 Three Embarcadero Center, Suite 1650
                                                 San Francisco, CA  94111
                                                 Telephone: 415-788-4220

                                                 *Local Counsel*