1  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
2  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
3  MOJI SANIEFAR (STATE BAR NO. 233330)
   msaniefar@orrick.com
4  REBECCA F. LUBENS (STATE BAR NO. 240683)
   rlubens@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:    415-773-5700
   Facsimile:    415-773-5759
8
   Attorneys for Defendant
9  LISA C. BERRY

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14
   THE NEW YORK CITY EMPLOYEES'           Case No.  3:08-cv-00246-MHP
15 RETIREMENT SYSTEM et al.,
                                          **NOTICE OF APPEARANCE**
16              Plaintiff,

17      v.

18 LISA C. BERRY,

19              Defendant.

20

21

22

23

24

25

26

27

28

OHS West:260383699.1

1    **TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

2            PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the

3    counsel of record for Defendant Lisa C. Berry in the above-captioned matter.  In addition to

4    Melinda Haag, Moji Saniefar, and Rebecca F. Lubens, James N. Kramer will also be appearing

5    on behalf of Defendant Lisa C. Berry and hereby requests that all notices given or required to be

6    given, and all papers filed or served or required to be served in the above-captioned matter, be

7    provided to and served upon:

8            James N. Kramer                              Email: *jkramer@orrick.com*
             Orrick, Herrington & Sutcliffe LLP
9            The Orrick Building
             405 Howard Street
10           San Francisco, CA 94105-2669
             Telephone:      415-773-5700
11           Facsimile:      415-773-5759

12

13   Dated: February 11, 2008

14                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

15                                            */s/ James N. Kramer*
                                              ——————————————————————
16                                            JAMES N. KRAMER
                                              MELINDA HAAG
17                                            MOJI SANIEFAR
                                              REBECCA F. LUBENS

18                                            Attorneys for Defendant
19                                            LISA C. BERRY

20

21

22

23

24

25

26

27

28

OHS West:260383699.1                          1