1  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
2  MELINDA HAAG (STATE BAR NO. 132612)
   mhaag@orrick.com
3  MOJI SANIEFAR (STATE BAR NO. 233330)
   msaniefar@orrick.com
4  REBECCA F. LUBENS (STATE BAR NO. 240683)
   rlubens@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:    415-773-5700
   Facsimile:    415-773-5759
8
   Attorneys for Defendant
9  LISA C. BERRY

10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                    SAN FRANCISCO DIVISION
13

14

15  THE NEW YORK CITY EMPLOYEES'     | Case No.  3:08-cv-00246-MHP
    RETIREMENT SYSTEM et al.,        |
16                                   | **NOTICE OF APPEARANCE**
              Plaintiff,             |
17                                   |
         v.                          |
18                                   |
    LISA C. BERRY,                   |
19                                   |
              Defendant.             |
20

21

22

23

24

25

26

27

28

OHS West:260383755.1                                  NOTICE OF APPEARANCE
                                                    CASE NO. 3:08-CV-00246-MHP

**TO THE CLERK OF THE COURT AND EACH PARTY IN INTEREST:**

PLEASE TAKE NOTICE that the law firm of Orrick, Herrington & Sutcliffe LLP is the counsel of record for Defendant Lisa C. Berry in the above-captioned matter. In addition to James N. Kramer, Melinda Haag, and Moji Saniefar, Rebecca F. Lubens will also be appearing on behalf of Defendant Lisa C. Berry and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon:

Rebecca F. Lubens  
Orrick, Herrington & Sutcliffe LLP  
The Orrick Building  
405 Howard Street  
San Francisco, CA 94105-2669  
Telephone:   415-773-5700  
Facsimile:   415-773-5759  

Email: *rlubens@orrick.com*

Dated: February 11, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ Rebecca F. Lubens*
JAMES N. KRAMER
MELINDA HAAG
MOJI SANIEFAR
REBECCA LUBENS

Attorneys for Defendant
LISA C. BERRY

OHS West:260383755.1

1

NOTICE OF APPEARANCE
CASE NO. 3:08-CV-00246-MHP