1  RICHARD W. COHEN
   DAVID C. HARRISON
2  LOWEY DANNENBERG COHEN, P.C.
   One North Broadway
3  White Plains, New York 10601-2310
   Telephone: 914-997-0500
4
   *Counsel for the New York City Pension Funds*
5
   WILLEM F. JONCKHEER S.B.N. 178748
6  SCHUBERT & REED LLP
   Three Embarcadero Center, Suite 1650
7  San Francisco, California 94111
   Telephone: 415-788-4220
8
   *Local Counsel*

**GRANTED** — Judge James Ware — 2/22/2008

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS INC. SECURITIES LITIGATION | **No. C 06-cv-04327 JW** |
| This Document Relates To:<br><br>ALL ACTIONS | **Hon. James Ware** |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>LISA C. BERRY,<br><br>            Defendant. | **No. C 08-cv-0246 MHP**<br><br>**Hon. Marilyn H. Patel**<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

GOOD CAUSE SHOWN, plaintiffs' motion for administrative relief to consider whether <u>New York City Employees' Retirement System, et al. v. Berry</u>, No. C 08-cv-0246 MHP should be related to <u>In re Juniper Networks, Inc. Securities Litigation</u>, No. 06-CV-04327 JW is granted.

Date: February 22, 2008

*/s/ James Ware*

U.S. District Judge

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Page 2
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C-08-CV-0246