RICHARD W. COHEN
DAVID C. HARRISON
LOWEY DANNENBERG COHEN, P.C.
One North Broadway
White Plains, New York 10601-2310
Telephone: 914-997-0500

*Counsel for the New York City Pension Funds*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: 415-788-4220

*Local Counsel*

**GRANTED** — Judge James Ware — 2/22/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS INC. SECURITIES LITIGATION | **No. C 06-cv-04327 JW** |
| This Document Relates To:<br>ALL ACTIONS | **Hon. James Ware** |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al.,<br>         Plaintiffs,<br>     v.<br>LISA C. BERRY,<br>         Defendant. | **No. C 08-cv-0246 MHP**<br>**Hon. Marilyn H. Patel**<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

GOOD CAUSE SHOWN, plaintiffs' motion for administrative relief to consider whether <u>New York City Employees' Retirement System, et al. v. Berry</u>, No. C 08-cv-0246 MHP should be related to <u>In re Juniper Networks, Inc. Securities Litigation</u>, No. 06-CV-04327 JW is granted.

Date: February 22, 2008

_____
U.S. District Judge

SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
(415) 788-4220

Page 2
[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. C-08-CV-0246