```
 1  MELINDA HAAG (STATE BAR NO. 132612)
    mhaag@orrick.com
 2  JAMES N. KRAMER (STATE BAR NO. 154709)
    jkramer@orrick.com
 3  MOJI SANIEFAR (STATE BAR NO. 233330)
    msaniefar@orrick.com
 4  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
 5  405 Howard Street
    San Francisco, CA  94105-2669
 6  Telephone:    415-773-5700
    Facsimile:    415-773-5759
 7
    JAMES A. MEYERS  (DC BAR NO. 358737)
 8  jmeyers@orrick.com
    Orrick, Herrington & Sutcliffe LLP
 9  Columbia Center
    1152 15th Street, NW
10  Washington, DC 20005
    Telephone: (202) 339-8400
11  Facsimile: (202) 339-8500

12  Attorneys for Defendant Lisa C. Berry
```

**Filed**
MAR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., <br><br>         Plaintiff, <br><br>    v. <br><br> LISA C. BERRY <br><br>         Defendant. | CASE NO.  3:08-cv-00246-JW <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L. R. 11-3, James A. Meyers, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is:

OHS West:260383836.1

JAMES A. MEYERS
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Email: jmeyers@orrick.com

hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Lisa C. Berry in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of, among others, the United States Court of Appeals for the Ninth Circuit, the United States District Court for the District of Columbia, and of District of Columbia Court of Appeals.

2. I agree to abide by the Standard of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

Melinda Haag
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: mhaag@orrick.com

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: March 21, 2008

*/s/ James A. Meyers*
James A. Meyers

- 2 -

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002838
Cashier ID: harwellt
Transaction Date: 03/24/2008
Payer Name: Professional Legal Services

PRO HAC VICE
 For: James A. Meyers
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 4021
 Amt Tendered:   $210.00

Total Due:       $210.00
Total Tendered:  $210.00
Change Amt:      $0.00

Case #: 08-cv-00246-JW


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```