MELINDA HAAG (STATE BAR NO. 132612)
mhaag@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
MOJI SANIEFAR (STATE BAR NO. 233330)
msaniefar@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

JAMES A. MEYERS (DC BAR NO. 358737)
jmeyers@orrick.com
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

Attorneys for Defendant Lisa C. Berry

RECEIVED MAR 24 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>            Plaintiff,<br><br>      v.<br><br>LISA C. BERRY<br><br>            Defendant. | CASE NO. 3:08-cv-00246-JW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

OHS West:260395634.1

1 | Upon application in the above-entitled action for admission to practice in the Northern
2 | District of California on a *pro hac vice* basis representing Lisa C. Berry by James A. Meyers, an
3 | active member in good standing of the bar of the District of Columbia,
4 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
5 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
6 | *vice*. Service of papers upon and communication with co-counsel designated in the application
7 | will constitute notice to the party. All future filings in this action are subject to the requirements
8 | contained in General Order No. 45. *Electronic Case Filing*.

Dated: March 28, 2008

/s/ James Ware
Honorable James Ware
United States District Court Judge

OHS West:260395634.1

- 2 -

[Proposed] Order Granting *Pro Hac Vice* Application
Case No. 3:08-cv-00246-JW