1  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
2  ERIN L. BANSAL (STATE BAR NO. 213335)
   ebansal@orrick.com
3  REBECCA F. LUBENS (STATE BAR NO. 240683)
   rlubens@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:      +1-415-773-5700
   Facsimile:      +1-415-773-5759
7
   Attorneys for Defendant
8  Lisa C. Berry

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12

13                                    |  Case No.  C 08-0246-JW
                                      |
14  THE NEW YORK CITY EMPLOYEES'      |  **STIPULATION AND [PROPOSED]**
    RETIREMENT SYSTEM, *et al*.,      |  **ORDER REGARDING DEFENDANT**
15                                    |  **LISA C. BERRY'S RESPONSE TO**
                                      |  **COMPLAINT**
16              Plaintiffs,           |
                                      |
17        v.                          |
                                      |
18  LISA C. BERRY,                    |
                                      |
19              Defendant.            |

20

21

22

23

24

25

26

27

28

1    WHEREAS, on January 14, 2008, the New York City Pension Funds ("Plaintiffs")

2    filed a putative class action titled *The New York City Employees' Retirement System et al. v.*

3    *Berry*, C-08-0246-MHP (N.D. Cal.) (the "Berry Action");

4    WHEREAS, pursuant to Civil L.R. 3-12, a Related Case Order was entered and on

5    February 25, 2008, the Berry Action was reassigned to Judge Ware, who is presiding over *In re*

6    *Juniper Networks, Inc. Securities Litigation*, C-06-04327-JW (N.D. Cal.) (the "Consolidated

7    Action");

8    WHEREAS, on March 5, 2008, the Court approved the parties' joint stipulation to

9    extend defendant Lisa C. Berry's ("Berry") time to respond to the complaint in the Berry Action

10   (the "Berry Complaint") until after the Court ruled on certain defendants' motion to dismiss in the

11   Consolidated Action;

12   WHEREAS, the parties are considering mediation of the claims and have

13   conferred and agree that an extended briefing schedule on any motion filed by Berry would be

14   appropriate;

15   NOW THEREFORE Plaintiffs and Berry jointly submit this proposed order to the

16   Court to establish the schedule for Berry's response to the Berry Complaint:

17       1.   Berry shall file a response to the Berry Complaint on or before June 16, 2008;

18       2.   Plaintiffs shall file their opposition to Berry's motion to dismiss (if filed by Berry)

19   no later than 30 days after Berry's motion to dismiss is filed; and

20       3.   Berry shall file her reply brief in support of any motion to dismiss no later than 15

21   days after Plaintiffs file their opposition brief.

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
C-08-0246-JW

1

2    Dated: April 24, 2008                    ORRICK, HERRINGTON & SUTCLIFFE
                                              JAMES N. KRAMER
3                                             ERIN L. BANSAL
                                              REBECCA F. LUBENS
4                                             Orrick, Herrington & Sutcliffe LLP

5
                                                        /s/ REBECCA F. LUBENS
6                                             _____
                                                      REBECCA F. LUBENS
7                                                     Attorneys for Defendant
                                                          Lisa C. Berry
8

9    Dated: April 24, 2008                    SCHUBERT & REED LLP
                                              Two Embarcadero Center, Suite 1050
10                                            San Francisco, California 94111

11
                                                      /s/ WILLEM F. JONCKHEER
12                                            _____
                                                     WILLEM F. JONCKHEER
13                                                   Local Counsel for Plaintiffs
                                                  The New York City Pension Funds
14
                                              LOWEY DANNENBERG COHEN & HART, P.C.
15                                            BARBARA J. HART
                                                (Pro Hac Vice Application Pending)
16                                            DAVID C. HARRISON
                                                ( Pro Hac Vice Application Pending )
17                                            One North Broadway, Suite 509
                                              White Plains, NY 10601-2310
18                                            Telephone:    914-997-0500
                                              Telecopier:   914-997-0035
19
                                              Attorneys for Plaintiffs
20                                            The New  York City Pension Funds

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: _____

_____
**HON. JAMES WARE**
**UNITED STATES DISTRICT COURT JUDGE**