1  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
2  ERIN L. BANSAL (STATE BAR NO. 213335)
   ebansal@orrick.com
3  REBECCA F. LUBENS (STATE BAR NO. 240683)
   rlubens@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
7
   Attorneys for Defendant
8  Lisa C. Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LISA C. BERRY,<br><br>Defendant. | Case No. C 08-0246-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT LISA C. BERRY'S RESPONSE TO COMPLAINT** |

1    WHEREAS, on January 14, 2008, the New York City Pension Funds ("Plaintiffs")
2 filed a putative class action titled *The New York City Employees' Retirement System et al. v.*
3 *Berry*, C-08-0246-MHP (N.D. Cal.) (the "Berry Action");

4    WHEREAS, pursuant to Civil L.R. 3-12, a Related Case Order was entered and on
5 February 25, 2008, the Berry Action was reassigned to Judge Ware, who is presiding over *In re*
6 *Juniper Networks, Inc. Securities Litigation*, C-06-04327-JW (N.D. Cal.) (the "Consolidated
7 Action");

8    WHEREAS, on March 5, 2008, the Court approved the parties' joint stipulation to
9 extend defendant Lisa C. Berry's ("Berry") time to respond to the complaint in the Berry Action
10 (the "Berry Complaint") until after the Court ruled on certain defendants' motion to dismiss in the
11 Consolidated Action;

12    WHEREAS, the parties are considering mediation of the claims and have
13 conferred and agree that an extended briefing schedule on any motion filed by Berry would be
14 appropriate;

15    NOW THEREFORE Plaintiffs and Berry jointly submit this proposed order to the
16 Court to establish the schedule for Berry's response to the Berry Complaint:

17    1.    Berry shall file a response to the Berry Complaint on or before June 16, 2008;
18    2.    Plaintiffs shall file their opposition to Berry's motion to dismiss (if filed by Berry)
19 no later than 30 days after Berry's motion to dismiss is filed; and
20    3.    Berry shall file her reply brief in support of any motion to dismiss no later than 15
21 days after Plaintiffs file their opposition brief.

| | |
|---|---|
| Dated: April 24, 2008 | ORRICK, HERRINGTON & SUTCLIFFE<br>JAMES N. KRAMER<br>ERIN L. BANSAL<br>REBECCA F. LUBENS<br>Orrick, Herrington & Sutcliffe LLP<br><br>/s/ REBECCA F. LUBENS<br>REBECCA F. LUBENS<br>Attorneys for Defendant<br>Lisa C. Berry |
| Dated: April 24, 2008 | SCHUBERT & REED LLP<br>Two Embarcadero Center, Suite 1050<br>San Francisco, California 94111<br><br>/s/ WILLEM F. JONCKHEER<br>WILLEM F. JONCKHEER<br>Local Counsel for Plaintiffs<br>The New York City Pension Funds<br><br>LOWEY DANNENBERG COHEN & HART, P.C.<br>BARBARA J. HART<br>  (Pro Hac Vice Application Pending)<br>DAVID C. HARRISON<br>  ( Pro Hac Vice Application Pending )<br>One North Broadway, Suite 509<br>White Plains, NY 10601-2310<br>Telephone:   914-997-0500<br>Telecopier:   914-997-0035<br><br>Attorneys for Plaintiffs<br>The New  York City Pension Funds |

1 **[PROPOSED] ORDER**

2  Pursuant to the parties' stipulation, IT IS SO ORDERED.

3  The parties should consult the Court's calendar for availability to hear anticipated Motions.

4  Dated: ___April 25, 2008___      _/s/ James Ware_
                                    **HON. JAMES WARE**
5                                   **UNITED STATES DISTRICT COURT JUDGE**