1  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
2  ERIN L. BANSAL (STATE BAR NO. 213335)
   ebansal@orrick.com
3  REBECCA F. LUBENS (STATE BAR NO. 240683)
   rlubens@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:     +1-415-773-5700
   Facsimile:     +1-415-773-5759
7
   Attorneys for Defendant
8  Lisa C. Berry

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
                                    Case No.  C 08-0246-JW
14
   THE NEW YORK CITY EMPLOYEES'     **STIPULATION AND [PROPOSED]**
15 RETIREMENT SYSTEM, *et al*.,     **ORDER REGARDING DEFENDANT**
                                    **LISA C. BERRY'S RESPONSE TO**
16           Plaintiffs,            **COMPLAINT**

17      v.

18 LISA C. BERRY,

19           Defendant.

20

1        WHEREAS, on January 14, 2008, the New York City Pension Funds ("Plaintiffs") filed a putative class action titled *The New York City Employees' Retirement System et al. v. Berry*, C-08-0246-MHP (N.D. Cal.) (the "Berry Action");

         WHEREAS, pursuant to Civil L.R. 3-12, a Related Case Order was entered and on February 25, 2008, the Berry Action was reassigned to Judge Ware, who is presiding over *In re Juniper Networks, Inc. Securities Litigation*, C-06-04327-JW (N.D. Cal.) (the "Consolidated Action");

         WHEREAS, on March 5, 2008, the Court approved the parties' joint stipulation to extend defendant Lisa C. Berry's ("Berry") time to respond to the complaint in the Berry Action (the "Berry Complaint") until after the Court ruled on certain defendants' motion to dismiss in the Consolidated Action;

         WHEREAS, the parties are considering mediation of the claims and have conferred and agree that an extended briefing schedule on any motion filed by Berry would be appropriate;

         NOW THEREFORE Plaintiffs and Berry jointly submit this proposed order to the Court to establish the schedule for Berry's response to the Berry Complaint:

    1.   Berry shall file a response to the Berry Complaint on or before June 16, 2008;

    2.   Plaintiffs shall file their opposition to Berry's motion to dismiss (if filed by Berry) no later than 30 days after Berry's motion to dismiss is filed; and

    3.   Berry shall file her reply brief in support of any motion to dismiss no later than 15 days after Plaintiffs file their opposition brief.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 24, 2008 | ORRICK, HERRINGTON & SUTCLIFFE<br>JAMES N. KRAMER<br>ERIN L. BANSAL<br>REBECCA F. LUBENS<br>Orrick, Herrington & Sutcliffe LLP |

/s/ REBECCA F. LUBENS
_____
REBECCA F. LUBENS
Attorneys for Defendant
Lisa C. Berry

Dated: April 24, 2008

SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, California 94111

/s/ WILLEM F. JONCKHEER
_____
WILLEM F. JONCKHEER
Local Counsel for Plaintiffs
The New York City Pension Funds

LOWEY DANNENBERG COHEN & HART, P.C.
BARBARA J. HART
  (Pro Hac Vice Application Pending)
DAVID C. HARRISON
  ( Pro Hac Vice Application Pending )
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone:   914-997-0500
Telecopier:   914-997-0035

Attorneys for Plaintiffs
The New  York City Pension Funds

OHS West:260424496.4

- 2 -

STIPULATION AND [PROPOSED] ORDER
C-08-0246-JW

1  **[PR~~OPOSE~~D] ORDER**

2  Pursuant to the parties' stipulation, IT IS SO ORDERED.

3  The parties should consult the Court's calendar for availability to hear anticipated Motions.

4  Dated: __April 25, 2008__   _____/s/ James Ware/_____

5  **HON. JAMES WARE**
**UNITED STATES DISTRICT COURT JUDGE**

OHS West:260424496.4 — - 3 - — STIPULATION AND [PROPOSED] ORDER
C-08-0246-JW