United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES RETIREMENT SYSTEM ET AL,<br><br>        Plaintiff(s),<br><br>  v.<br><br>LISA C. BERRY,<br><br>        Defendant(s).<br>_____/ | No. C 08-00246 JW<br><br>CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to case reassignment, a Case Management Conference has been set before Judge James Ware on **June 2, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a joint case management conference statement by **May 23, 2008.**

Dated:  April 25, 2008

                                                  FOR THE COURT,
                                                  Richard W. Wieking, Clerk


                                            by:  _____/s/_____
                                                Elizabeth Garcia
                                                Courtroom Deputy