RECEIVED
2008 APR 29 AM 11:23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

Northern District of California

THE NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM, et. al.,

CASE NO. C-08-0246-JW

Plaintiff(s),

v.

LISA C. BERRY,

~~(Proposed)~~ ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
PRO HAC VICE

FILED
MAY 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Defendant(s).

Barbara J. Hart, Esq. , an active member in good standing of the bar of New York and Connecticut whose business address and telephone number (particular court to which applicant is admitted) is

Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza, One North Broadway, White Plains, NY 10601
(914) 997-0500

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing New York City Pension Funds

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 2, 2008

_____
United States District Judge

cc: B. Hart