RECEIVED

2008 APR 29 AM 11: 23

UNITED STATES DISTRICT COURT
RICHARD W. WIEKING
CLERK
Northern District of California, U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1

2

3

4

5    THE NEW YORK CITY EMPLOYEES'
6    RETIREMENT SYSTEM, et. al.,                    CASE NO. C-08-0246-JW

7
                        Plaintiff(s),            ORDER GRANTING APPLICATION
8        v.                                      FOR ADMISSION OF ATTORNEY
                                                 PRO HAC VICE
9    LISA C. BERRY,                                                    MAY 0 7 2008
10
                                                          RICHARD W. WIEKING
11                                                   CLERK, U.S. DISTRICT COURT
                                                   NORTHERN DISTRICT OF CALIFORNIA
12                      Defendant(s).                          SAN JOSE
                                              /

13   David C. Harrison                          , an active member in good standing of the bar of

14   the State of New York                          whose business address and telephone number

15   (particular court to which applicant is admitted)

16   is

17   Lowey Dannenberg Cohen & Hart, P.C.
     White Plains Plaza, One North Broadway, White Plains, NY 10601
18   Telephone: (914) 997-0500

19   having applied in the above-entitled action for admission to practice in the Northern District of

20   California on a *pro hac vice* basis, representing New York City Pension Funds

21          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23   *vice*. Service of papers upon and communication with co-counsel designed in the application will

24   constitute notice to the party. All future filings in this action are subject to the requirements

25   contained in General Order No. 45, *Electronic Case Filing*.

26

27   Dated: May 2, 2008

28
                                              _____
                                              United States District    Judge

cc: D.
Harrison

UNITED STATES DISTRICT COURT
For the Northern District of California