UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

---------------------------------x
THE NEW YORK CITY EMPLOYEES' :
RETIREMENT SYSTEM, *et al.*, :
: Case No. C 08-0246-JW
:
Plaintiffs, : **ADR CERTIFICATION BY PARTIES**
v. : **AND COUNSEL**
:
LISA C. BERRY, :
:
Defendant. :
---------------------------------x

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 13, 2008

**Party** _____
INGA VAN EYSDEN
Chief, Pensions Division. New York City Law Dept
Lead Plaintiff New York City Pension Funds

**Counsel** _____

Dated: May 13, 2008

BARBARA J. Hart (Admitted Pro Hac Vice)
DAVID C. Harrison (Admitted Pro Hac Vice)
LOWEY DANNENBERG COHEN & HART, P.C
*Attorneys for Plaintiffs*
*The New York City Pension Funds*

SCHUBERT & REED LLP
Willem F. Jonckheer
Local Counsel

1964 / MISC / 00088690.WPD v1