RICHARD W. COHEN
DAVID C. HARRISON
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway
White Plains, New York 10601-2310
Telephone: 914-997-0500

*Counsel for the New York City Pension Funds*

ROBERT C. SCHUBERT S.B.N. 62684
WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT & REED LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: 415-788-4220

*Local Counsel for The New York City Pension Funds*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LISA C. BERRY, <br><br> Defendant. | No. C 08-cv-0246-JW <br><br> **Hon. James Ware** <br><br> **NOTICE OF CHANGE OF FIRM NAME** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Schubert & Reed LLP has changed its name to Schubert Jonckheer Kolbe & Kralowec LLP. Juden Justice Reed, P.C. is no longer a partner of the firm, and Juden Justice Reed hereby withdraws as counsel of record.

Date: May 14, 2008                                      Schubert Jonckheer Kolbe & Kralowec LLP

By: _____
   Robert C. Schubert