JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
NANCY E. HARRIS (STATE BAR NO. 197042)
nharris@orrick.com
REBECCA F. LUBENS (STATE BAR NO. 240683)
rlubens@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Attorneys for Defendant
Lisa C. Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LISA C. BERRY,<br><br>　　　　　　Defendant. | Case No.  C 08-0246-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND DEFENDANT LISA C. BERRY'S RESPONSE TO COMPLAINT** |

This stipulation is entered into by and among lead plaintiff The New York City Pension Funds ("Plaintiffs") and defendant Lisa C. Berry ("Defendant").

WHEREAS, on January 14, 2008, the Plaintiffs filed a putative class action titled *The New York City Employees' Retirement System et al. v. Berry*, C-08-0246-MHP (N.D. Cal.) (the "Berry Action");

WHEREAS, pursuant to Civil L.R. 3-12, a Related Case Order was entered and on February 25, 2008, the Berry Action was reassigned to Judge Ware, who is presiding over *In re Juniper Networks, Inc. Securities Litigation*, C-06-04327-JW (N.D. Cal.) (the "Consolidated Action");

WHEREAS, on March 5, 2008, the Court approved the parties' joint stipulation to extend Defendant's time to respond to the Berry Complaint until after the Court ruled on certain defendants' motion to dismiss in the Consolidated Action;

WHEREAS, on April 24, 2008, the parties filed a stipulation and proposed order to further extend Defendant's deadline to respond to the Berry Complaint and related briefing schedule in light of pending discussions regarding mediation of the claims;

WHEREAS, by Order entered April 25, 2008, the Court continued Defendant's deadline to respond to the Berry Complaint to June 16, 2008;

WHEREAS, the parties have agreed to mediate the claims and plan to participate in mediation in the next few months;

WHEREAS, by stipulation and order dated May 14, the Court directed the parties to advise the Court by August 14, 2008 as to the deadline to complete mediation;

WHEREAS, in light of the foregoing, the parties believe it will conserve the resources of the Court and the parties if the case management conference currently scheduled for June 2, 2008 is continued until August 14, 2008, or another date that is convenient for the Court, and Defendant's deadline to respond to the Berry Complaint is continued until September 15, 2008, to allow the parties to continue with their settlement discussions and the planned mediation;

///

///

NOW THEREFORE Plaintiffs and Defendant jointly submit this proposed order to the Court to continue the case management schedule currently scheduled for June 2, 2008 until August 14, 2008, or another date that is convenient for the Court, and to continue the deadline for Defendant to file a response to the Berry Complaint to September 15, 2008.

Dated: May 20, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
NANCY E. HARRIS
REBECCA F. LUBENS
Orrick, Herrington & Sutcliffe LLP


/s/ REBECCA F. LUBENS
REBECCA F. LUBENS
Attorneys for Defendant
Lisa C. Berry

Dated: May 20, 2008

LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
BARBARA J. HART
  (Pro Hac Vice)
DAVID C. HARRISON
  ( Pro Hac Vice)
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone:   914-997-0500
Telecopier:   914-997-0035


/s/ DAVID C. HARRISON
DAVID C. HARRISON
Attorneys for Plaintiffs
The New York City Pension Funds


SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, California 94111

Local Counsel for Plaintiffs
The New York City Pension Funds

Orrick hereby attests that it has obtained approval for any signatures indicated by "/s/" within this e-filed document.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: _____          _____
**HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE**