1   JAMES N. KRAMER (STATE BAR NO. 154709)
    jkramer@orrick.com
2   NANCY E. HARRIS (STATE BAR NO. 197042)
    nharris@orrick.com
3   REBECCA F. LUBENS (STATE BAR NO. 240683)
    rlubens@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
5   405 Howard Street
    San Francisco, CA  94105-2669
6   Telephone:     +1-415-773-5700
    Facsimile:     +1-415-773-5759
7
    Attorneys for Defendant
8   Lisa C. Berry

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13
                                           Case No.  C 08-0246-JW
14
    THE NEW YORK CITY EMPLOYEES'            STIPULATION AND [PROPOSED]
15  RETIREMENT SYSTEM, *et al.*,            ORDER REGARDING
                                            CONTINUANCE OF CASE
16                  Plaintiffs,             MANAGEMENT CONFERENCE
                                            AND DEFENDANT LISA C. BERRY'S
17            v.                            RESPONSE TO COMPLAINT

18  LISA C. BERRY,

19                  Defendant.

20

21

22

23

24

25

26

27

28

1   This stipulation is entered into by and among lead plaintiff The New York City

2   Pension Funds ("Plaintiffs") and defendant Lisa C. Berry ("Defendant").

3   WHEREAS, on January 14, 2008, the Plaintiffs filed a putative class action titled

4   *The New York City Employees' Retirement System et al. v. Berry*, C-08-0246-MHP (N.D. Cal.)

5   (the "Berry Action");

6   WHEREAS, pursuant to Civil L.R. 3-12, a Related Case Order was entered and on

7   February 25, 2008, the Berry Action was reassigned to Judge Ware, who is presiding over *In re*

8   *Juniper Networks, Inc. Securities Litigation*, C-06-04327-JW (N.D. Cal.) (the "Consolidated

9   Action");

10  WHEREAS, on March 5, 2008, the Court approved the parties' joint stipulation to

11  extend Defendant's time to respond to the Berry Complaint until after the Court ruled on certain

12  defendants' motion to dismiss in the Consolidated Action;

13  WHEREAS, on April 24, 2008, the parties filed a stipulation and proposed order

14  to further extend Defendant's deadline to respond to the Berry Complaint and related briefing

15  schedule in light of pending discussions regarding mediation of the claims;

16  WHEREAS, by Order entered April 25, 2008, the Court continued Defendant's

17  deadline to respond to the Berry Complaint to June 16, 2008;

18  WHEREAS, the parties have agreed to mediate the claims and plan to participate

19  in mediation in the next few months;

20  WHEREAS, by stipulation and order dated May 14, the Court directed the parties

21  to advise the Court by August 14, 2008 as to the deadline to complete mediation;

22  WHEREAS, in light of the foregoing, the parties believe it will conserve the

23  resources of the Court and the parties if the case management conference currently scheduled for

24  June 2, 2008 is continued until August 14, 2008, or another date that is convenient for the Court,

25  and Defendant's deadline to respond to the Berry Complaint is continued until September 15,

26  2008, to allow the parties to continue with their settlement discussions and the planned mediation;

27  ///

28  ///

1      NOW THEREFORE Plaintiffs and Defendant jointly submit this proposed order to

2   the Court to continue the case management schedule currently scheduled for June 2, 2008 until

3   August 14, 2008, or another date that is convenient for the Court, and to continue the deadline for

4   Defendant to file a response to the Berry Complaint to September 15, 2008.

5

6   Dated: May 20, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP
                                           JAMES N. KRAMER
7                                          NANCY E. HARRIS
                                           REBECCA F. LUBENS
8                                          Orrick, Herrington & Sutcliffe LLP

9

10                                              /s/ REBECCA F. LUBENS
                                           REBECCA F. LUBENS
11                                           Attorneys for Defendant
                                             Lisa C. Berry
12   Dated: May 20, 2008                    LOWEY DANNENBERG COHEN & HART, P.C.
13                                           One North Broadway, Suite 509
                                             White Plains, NY 10601-2310
14                                           BARBARA J. HART
                                              (Pro Hac Vice)
15                                           DAVID C. HARRISON
                                              ( Pro Hac Vice)
16                                           One North Broadway, Suite 509
                                             White Plains, NY 10601-2310
17                                           Telephone:   914-997-0500
                                             Telecopier:   914-997-0035
18

19

20                                              /s/ DAVID C. HARRISON
                                             DAVID C. HARRISON
21                                           Attorneys for Plaintiffs
                                             The New York City Pension Funds
22

23                                           SCHUBERT & REED LLP
                                             Two Embarcadero Center, Suite 1050
24                                           San Francisco, California 94111

25                                           Local Counsel for Plaintiffs
                                             The New  York City Pension Funds
26

27   Orrick hereby attests that it has obtained approval for any signatures indicated by "/s/" within this e-filed document.

28

STIPULATION AND [PROPOSED] ORDER
C-08-0246-JW

1
**[PROPOSED] ORDER**

2
        Pursuant to the parties' Stipulation and to accommodate the parties' settlement efforts, the

3
Court continues the Case Management Conference presently scheduled for **June 2, 2008** to

4
5
**September 8, 2008 at 10 a.m.**   On or before **August 29, 2008**, the parties shall file a Joint Status

6
Report to update the Court on the parties' settlement efforts.

7
        In addition, Defendant Berry's deadline to respond to the Complaint is extended to

8
**September 15, 2008.**

9
10
Dated:  May 28, 2008                    _____

11
                                        JAMES WARE
                                        United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
C-08-0246-JW