JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
NANCY E. HARRIS (STATE BAR NO. 197042)
nharris@orrick.com
REBECCA F. LUBENS (STATE BAR NO. 240683)
rlubens@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:    +1-415-773-5700
Facsimile:    +1-415-773-5759

Attorneys for Defendant
Lisa C. Berry

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LISA C. BERRY,<br><br>Defendant. | Case No.  C 08-0246-JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF DEFENDANT LISA C. BERRY'S RESPONSE TO COMPLAINT** |

1    This stipulation is entered into by and among lead plaintiff The New York City
2 Pension Funds ("Lead Plaintiff") and defendant Lisa C. Berry ("Defendant").
3    WHEREAS, on January 14, 2008, Plaintiffs filed a putative class action titled *The*
4 *New York City Employees' Retirement System et al. v. Berry*, C-08-0246-MHP (N.D. Cal.) (the
5 "Berry Action");
6    WHEREAS, pursuant to Civil L.R. 3-12, a Related Case Order was entered and on
7 February 25, 2008, the Berry Action was reassigned to Judge Ware, who is presiding over *In re*
8 *Juniper Networks, Inc. Securities Litigation*, C-06-04327-JW (N.D. Cal.) (the "Consolidated
9 Action");
10    WHEREAS, on March 5, 2008, the Court approved the parties' joint stipulation to
11 extend Defendant Berry's time to respond to the Berry Complaint until after the Court ruled on
12 certain defendants' motion to dismiss in the Consolidated Action;
13    WHEREAS, on April 25, 2008, the Court approved the parties' joint stipulation to
14 extend Defendant Berry's time to respond to the Berry Complaint to June 16, 2008, in light of
15 pending discussions regarding mediation of the claims;
16    WHEREAS, on May 28, 2008, the Court approved the parties' joint stipulation to
17 extend Defendant Berry's time to respond to the Berry Complaint to September 15, 2008, in order
18 to accommodate the parties' settlement efforts and directed the parties to file a Joint Status Report
19 on August 29, 2008;
20    WHEREAS, Lead Plaintiff and defendants in the Consolidated Action are
21 scheduled to participate in a mediation on September 4-5, 2008;
22    WHEREAS, in light of the foregoing, the parties believe it will conserve the
23 resources of the parties and the Court if defendant Lisa C. Berry's deadline to respond to the
24 Berry Complaint is continued until September 29, 2008;
25 ///
26 ///
27 ///
28 ///

OHS West:260500615.1              - 1 -              STIPULATION AND [PROPOSED] ORDER
                                                             C-08-0246-JW

1  NOW THEREFORE Lead Plaintiff and Defendant jointly submit this proposed order to the Court to continue the deadline for Defendant Lisa C. Berry to file a response to the Berry Complaint to September 29, 2008.

Dated: August 29, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
NANCY E. HARRIS
REBECCA F. LUBENS
Orrick, Herrington & Sutcliffe LLP


                /s/ NANCY E. HARRIS
                NANCY E. HARRIS
                Attorneys for Defendant
                Lisa C. Berry

Dated: August 29, 2008

LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
BARBARA J. HART
  (Pro Hac Vice)
DAVID C. HARRISON
  ( Pro Hac Vice)
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone:   914-997-0500
Telecopier:  914-997-0035


                /s/ DAVID C. HARRISON
                DAVID C. HARRISON
                Attorneys for Plaintiffs
                The New York City Pension Funds


SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, California 94111

Local Counsel for Plaintiffs
The New  York City Pension Funds

**ATTESTATION**

I, Nancy E. Harris, am the ECF user whose identification and password are being used to file STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF DEFENDANT LISA C. BERRY'S RESPONSE TO COMPLAINT.  In compliance with General Order 45.X.B, I hereby attest that David C. Harrison  has concurred in this filing.

Dated:  August 29, 2008                                   By:            /s/ Nancy E. Harris
                                                                                       Nancy E. Harris

## **[PROPOSED] ORDER**

Pursuant to the parties' Stipulation and to accommodate the parties' settlement efforts, Defendant Lisa C. Berry's deadline to respond to the Complaint is extended to September 29, 2008.

Dated: _____

                                                HON. JAMES WARE
                                   UNITED STATES DISTRICT COURT JUDGE