UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**   September 8, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-06-4327 JW | **Interpreter:** N/A |
| **Related Case No.:** 08-0246 JW | |

TITLE

In re Juniper Networks, Inc Securities Litigation
the New York City Employees' Retirement System et al v. Lisa C. Berry (related case)

**Attorney(s) for Plaintiff(s)**: Willem Jonkheer
**Attorney(s) for Defendant(s)**: Nina Locker (Ind. Defts),  Scott Schrieber, Nancy Harris (Deft. Berry)

PROCEEDINGS

Case Management Conference

ORDER AFTER HEARING

Hearing Held on record.  The Court continued this matter for a Further Case Management Conference for **October 6, 2008 at 10:00 AM.** The parties are to file joint case management conference statements in their respective cases by **September 26, 2008.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: