1  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
2  NANCY E. HARRIS (STATE BAR NO. 197042)
   nharris@orrick.com
3  REBECCA F. LUBENS (STATE BAR NO. 240683)
   rlubens@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA  94105-2669
6  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
7
   Attorneys for Defendant
8  Lisa C. Berry

*IT IS SO ORDERED*
*[signature] Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, *et al.*,<br><br>             Plaintiffs,<br><br>        v.<br><br>LISA C. BERRY,<br><br>             Defendant. | Case No.  C 08-0246-JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUANCE OF DEFENDANT LISA C. BERRY'S RESPONSE TO COMPLAINT** |

1    This stipulation is entered into by and among lead plaintiff The New York City
2    Pension Funds ("Lead Plaintiff") and defendant Lisa C. Berry ("Defendant").
3    WHEREAS, on January 14, 2008, Plaintiffs filed a putative class action titled *The*
4    *New York City Employees' Retirement System et al. v. Berry*, C-08-0246-MHP (N.D. Cal.) (the
5    "Berry Action");
6    WHEREAS, pursuant to Civil L.R. 3-12, a Related Case Order was entered and on
7    February 25, 2008, the Berry Action was reassigned to Judge Ware, who is presiding over *In re*
8    *Juniper Networks, Inc. Securities Litigation*, C-06-04327-JW (N.D. Cal.) (the "Consolidated
9    Action");
10   WHEREAS, on March 5, 2008, the Court approved the parties' joint stipulation to
11   extend Defendant Berry's time to respond to the Berry Complaint until after the Court ruled on
12   certain defendants' motion to dismiss in the Consolidated Action;
13   WHEREAS, on April 25, 2008, the Court approved the parties' joint stipulation to
14   extend Defendant Berry's time to respond to the Berry Complaint to June 16, 2008, in light of
15   pending discussions regarding mediation of the claims;
16   WHEREAS, on May 28, 2008, the Court approved the parties' joint stipulation to
17   extend Defendant Berry's time to respond to the Berry Complaint to September 15, 2008, in order
18   to accommodate the parties' settlement efforts and directed the parties to file a Joint Status Report
19   on August 29, 2008;
20   WHEREAS, Lead Plaintiff and defendants in the Consolidated Action are
21   scheduled to participate in a mediation on September 4-5, 2008;
22   WHEREAS, in light of the foregoing, the parties believe it will conserve the
23   resources of the parties and the Court if defendant Lisa C. Berry's deadline to respond to the
24   Berry Complaint is continued until September 29, 2008;
25   ///
26   ///
27   ///
28   ///

OHS West:260500615.1     - 1 -     STIPULATION AND [PROPOSED] ORDER C-08-0246-JW

1  NOW THEREFORE Lead Plaintiff and Defendant jointly submit this proposed
2  order to the Court to continue the deadline for Defendant Lisa C. Berry to file a response to the
3  Berry Complaint to September 29, 2008.

Dated: August 29, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP
JAMES N. KRAMER
NANCY E. HARRIS
REBECCA F. LUBENS
Orrick, Herrington & Sutcliffe LLP


/s/ NANCY E. HARRIS
NANCY E. HARRIS
Attorneys for Defendant
Lisa C. Berry

Dated: August 29, 2008

LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
BARBARA J. HART
  (Pro Hac Vice)
DAVID C. HARRISON
  ( Pro Hac Vice)
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone:   914-997-0500
Telecopier:   914-997-0035


/s/ DAVID C. HARRISON
DAVID C. HARRISON
Attorneys for Plaintiffs
The New York City Pension Funds


SCHUBERT & REED LLP
Two Embarcadero Center, Suite 1050
San Francisco, California 94111

Local Counsel for Plaintiffs
The New  York City Pension Funds

**ATTESTATION**

I, Nancy E. Harris, am the ECF user whose identification and password are being used to file STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF DEFENDANT LISA C. BERRY'S RESPONSE TO COMPLAINT.  In compliance with General Order 45.X.B, I hereby attest that David C. Harrison has concurred in this filing.

Dated: August 29, 2008                By:        /s/ Nancy E. Harris
                                                      Nancy E. Harris

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' Stipulation and to accommodate the parties' settlement efforts, Defendant Lisa C. Berry's deadline to respond to the Complaint is extended to September 29, 2008.

Dated: September 18, 2008

_____
HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE