United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re Juniper Networks, Inc. Securities Litigation | NO. C 06-04327 JW<br>NO. C 08-00246 JW<br><br>**ORDER DENYING DEFENDANTS' MOTION TO CONSOLIDATE CASES; VACATING CASE MANAGEMENT CONFERENCES** |

_____/

Presently before the Court is Defendants' Motion to Consolidate Related Cases. (hereafter, "Motion," Docket Item No. 144.) Defendants seek to consolidate In re Juniper Networks, Inc. Securities Litigation, Case No. C 06-04327 JW, with The New York City Employees' Retirement System v. Lisa Berry, Case No. C 08-0246 JW. Plaintiffs in both actions have filed timely responses to Defendants' motion. (See Docket Item No. 146 in C 06-04327; Docket Item No. 39 in C 08-0246.)

Defendants contend that these cases should be consolidated because they involve common questions of law and fact. See Fed. R. Civ. P. 42(a). Plaintiffs collectively contend that Defendants' motion is merely a tactical move to invoke a global stay of the Juniper action.

The Court finds that consolidation is inappropriate at this time. Consolidation of these actions would result in an automatic stay of discovery under the Private Securities Litigation Reform Act,[1] because Defendant in the Berry action has filed a Motion to Dismiss. Given that the two

---

[1] 15 U.S.C. § 78u-4(b)(3)(B).

actions were filed well over one year apart, and that Plaintiffs in the Juniper action have already overcome a Motion to Dismiss, discovery in the Juniper action should proceed. Although Defendants' contention that the two actions should be consolidated is not without merit, the Court finds that consideration of this issue will be more appropriate following resolution of the Motion to Dismiss in the related Berry action. To consolidate these actions now would be unduly prejudicial to Plaintiffs, who are ready to commence discovery in the Juniper action, having survived a Motion to Dismiss in March, 2008. (See Docket Item No. 133.)

Accordingly, the Court DENIES Defendants' Motion to Consolidate without prejudice, giving Defendants' leave to renew this Motion pending resolution of the Motion to Dismiss in the Berry action.

In light of this Order, the Court VACATES the Case Management Conferences presently scheduled for October 6, 2008 for both cases.

With respect to the Juniper action, the Court refers the parties to the assigned Magistrate Judge, Judge Trumbull, to meet and confer and to develop a good faith discovery plan. The parties shall contact Judge Trumbull's Chambers within ten (10) days from the date of this Order to schedule their conference. Within ten (10) days following the parties' conference with Judge Trumbull, the parties shall file a Stipulated Discovery Plan for the Court's approval, including a proposed date for the close of all discovery.

With respect to the Berry action, since Defendant has filed and noticed her Motion to Dismiss for January 12, 2009, the Court will set a new conference date in its Order addressing that motion.

Dated: October 1, 2008

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alfred Glenn Yates yateslaw@aol.com
Barbara J. Hart bhart@lowey.com
David C. Harrison dharrison@ldbs.com
David Michael Friedman david.friedman@lw.com
James Neil Kramer jkramer@orrick.com
Jason T. Baker jbaker@alexanderlaw.com
Jonathan Acker Shapiro jonathan.shapiro@wilmerhale.com
Joni L. Ostler jostler@wsgr.com
Joseph M. Barton jmb@gbcslaw.com
Mark Cotten Molumphy mmolumphy@cpmlegal.com
Melinda Haag mhaag@orrick.com
Michael M. Goldberg info@glancylaw.com
Mozhgan Saniefar msaniefar@orrick.com
Patrice L. Bishop service@ssbla.com
Patrick Edward Gibbs patrick.gibbs@lw.com
Peter Allen Wald peter.wald@lw.com
Peter Arthur Binkow info@glancylaw.com
Rebecca Felice Lubens rlubens@orrick.com
Reed R. Kathrein reed@hbsslaw.com
Richard Bemporad rbemporad@lowey.com
Richard W. Cohen rcohen@lowey.com
Robert C. Schubert rschubert@schubertlawfirm.com
Steven Guggenheim sguggenheim@wsgr.com
Viviann C Stapp viviann.stapp@lw.com
Willem F. Jonckheer wjonckheer@schubert-reed.com
William M. Audet waudet@audetlaw.com

**Dated: October 1, 2008**                               **Richard W. Wieking, Clerk**

                                                          **By:    /s/ JW Chambers**
                                                                 **Elizabeth Garcia**
                                                                 **Courtroom Deputy**