BARABARA HART (*pro hac vice*)
DAVID C. HARRISON (*pro hac vice*)
JEANNE D'ESPOSITO
LOWEY DANNENBERG COHEN & HART, P.C.
One North Broadway, Suite 509
White Plains, NY 10601-2310
Telephone: 914-997-0500
Facsimile: 914-997-0035

*Lead Counsel for the New York City Pension Funds and the Putative Class*

WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415-788-4220
Facsimile: 415-778-0160

*Local Counsel*

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEMS, *et al.*,<br><br>                      Plaintiffs,<br><br>      v.<br><br>LISA C. BERRY,<br><br>                      Defendant. | No. C08-0246-JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE AND PAGE LIMITS WITH RESPECT TO RESPONSES TO LISA C. BERRY'S MOTION TO DISMISS<br><br>DATE:          January 12, 2009<br>TIME:          9:00 a.m.<br>COURTROOM: 8<br>BEFORE:     Hon. James E. Ware |

This Stipulation is entered into by and among Lead Plaintiff the New York City Pension Funds and Defendant Lisa C. Berry, by and through their respective attorneys of record.

WHEREAS, pursuant to this Court's Order dated September 18, 2008, Defendant Lisa C. Berry filed her Motion to Dismiss the Class Action Complaint on September 29, 2008;

WHEREAS, the parties have conferred and agreed to stipulate to an opposition and reply briefing schedule, with a slightly longer page limit than that provided by Local Rule 7-4(b);

NOW, THEREFORE, the parties hereby stipulate, and request the court to order, as follows:

1. The New York City Pension Funds will file its Opposition Brief on November 15, 2008, and said brief will not exceed 35 pages in length;

2. Defendant will file her Reply Brief on December 9, 2008, and said brief will not exceed 20 pages in length.

IT IS SO STIPULATED.

DATED: October 13, 2008.

BARBARA HART
DAVID C. HARRISON
LOWEY DANNENBERG COHEN & HART, P.C.


/s/ David C. Harrison
DAVID C. HARRISON
One North Broadway, 5th Floor
White Plains, NY  10601-2310
914-733-7228 (telephone)
914-997-0035 (facsimile)

*Counsel for Lead Plaintiff*


SCHUBERT JONCKHEER KOLBE
& KRALOWEC LLP


/s/ Willem F. Jonckheer
WILLEM F. JONCKHEER
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
415-788-4220 (telephone)
415-788-0161 (facsimile)

*Local Counsel*

*I, David Harrison, as the EFC user whose ID and password are being used to file this Stipulation [Proposed] Order in compliance with General Order 54, X.B., hereby attest that Nancy E. Harris has concurred in this filing.*

MELINDA HAAG
JAMES N. KRAMER
NANCY E. HARRIS
ORRICK HERRINGTON & SUTCLIFFE LLP


/s/ Nancy E. Harris
NANCY E. HARRIS

The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
United States
415-773-5700 (telephone)
415-773-5759 (facsimile)

*Lead Counsel for Defendant Lisa C. Berry*

\*   \*   \*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED BELOW:

In light of the Court's unavailability on January 12, 2009, the Court continues the hearing on Defendant's Motion to Dismiss to **February 9, 2009 at 9 a.m.**

DATED:  December 4, 2008

THE HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE