IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The New York City Employees' Retirement System, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>Lisa C. Berry,<br><br>        Defendant. | NO. C 08-00246 JW<br><br>**ORDER VACATING HEARING** |

On February 9, 2009, the parties are scheduled to appear for a hearing on Defendant's Motion to Dismiss. (See Docket Item No. 42.) Upon review of the parties' briefs, the Court finds Defendant's Motion appropriate for submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the February 9, 2009 hearing.

Dated: February 5, 2009

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Barbara J. Hart bhart@lowey.com
David C. Harrison dharrison@ldbs.com
James A. Meyers jmeyers@orrick.com
James Neil Kramer jkramer@orrick.com
Joni L. Ostler jostler@wsgr.com
Melinda Haag mhaag@orrick.com
Mozhgan Saniefar msaniefar@orrick.com
Nancy E. Harris nharris@orrick.com
Rebecca Felice Lubens rlubens@orrick.com
Richard W. Cohen rcohen@lowey.com
Robert C. Schubert rschubert@schubertlawfirm.com
Willem F. Jonckheer wjonckheer@schubert-reed.com

**Dated: February 5, 2009**                           **Richard W. Wieking, Clerk**

                                                    **By:    /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**

**United States District Court**
For the Northern District of California