UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | Case No.: C 06-4327 JW (PVT) |
| | Case No.: C 08-0246 JW (PVT) |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., Plaintiffs, v. LISA C. BERRY, Defendant. | **INTERIM ORDER CONTINUING HEARING ON LEAD PLAINTIFF'S MOTION FOR SANCTIONS AGAINST DEFENDANT ERNST & YOUNG, AND SOLICITING ADDITIONAL BRIEFING** |

On November 12, 2009, Lead Plaintiff filed a motion for sanctions against Defendant Ernst & Young in *In Re Juniper Networks, Inc. Securities Litigation*, Case No. C 06-4327 JW. The motion is currently set to be heard on February 2, 2010. Defendant Ernst & Young opposed the motion. Having reviewed the papers submitted by the parties, the court finds it appropriate to issue this interim order. Based on the moving, opposition and reply papers submitted,

IT IS HEREBY ORDERED that the hearing on Lead Plaintiff's motion for sanctions against Defendant Ernst & Young is CONTINUED to March 2, 2010 at 10AM.

IT IS FURTHER ORDERED that, no later than February 10, 2010, Lead Plaintiff shall file a

1  supplemental brief setting forth what specific documents it would have used in deposition or
2  propounded written discovery regarding if the documents had been timely produced, along with a
3  *brief* description of the line of questioning it would have pursued (with which deponent), or the
4  written discovery it would have propounded as to each such document.  Defendants may file a
5  response to the Lead Plaintiff's supplemental brief no later than February 24, 2010.

Dated:    January 28, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*