1 | BARBARA HART (*pro hac vice*)
DAVID C. HARRISON (*pro hac vice*)
2 | JEANNE D'ESPOSITO (*pro hac vice*)
LOWEY DANNENBERG COHEN & HART, P.C.
3 | One North Broadway, Suite 509
White Plains, NY 10601-2310
4 | Telephone: 914-997-0500
Facsimile: 914-997-0035
5
6 | *Lead Counsel for the New York City Pension Funds and the Class*
7 | WILLEM F. JONCKHEER S.B.N. 178748
SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
Three Embarcadero Center, Suite 1650
8 | San Francisco, CA 94111
Telephone: 415-788-4220
9 | Facsimile: 415-778-0160
10 | *Local Counsel*
11 | MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
12 | Carolyn Wolpert
100 Church Street
13 | New York, NY 10007
Telephone: 212-788-0748
14
15 | *Attorneys for the New York City Pension Funds*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE JUNIPER NETWORKS, INC. SECURITIES LITIGATION | No. C06-04327-JW (PVT) <br><br> STIPULATION AND [XXXXXXXXXXXX] ORDER RE HEARING ON MOTIONS TO COMPEL PRODUCTION FROM NON-PARTY KLA-TENCOR AND DEFENDANT LISA C. BERRY <br><br> No. C08-0246-JW (PVT) <br><br> BEFORE: Hon. Patricia V. Trumbull |
| THE NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LISA C. BERRY, <br><br> Defendant | |

STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO COMPEL PRODUCTION FROM NON-PARTY KLA-TENCOR AND DEFENDANT LISA C. BERRY – CASE NO. 06-04327-JW (PVT)

{1964 / STIP / 00099961.DOC v1}

1    This Stipulation is entered into by and among Lead Plaintiff the New York City Pension

2    Funds, Defendant Lisa C. Berry, and non-party KLA-Tencor ("KLA") by and through their

3    respective attorneys of record.

4        WHEREAS, in order to coordinate the hearing of Lead Plaintiff's motions to compel

5    against Ms. Berry and KLA with other discovery motions that have been rescheduled for

6    February 9, 2010;

7        IT IS HEREBY SO STIPULATED that Lead Plaintiff's motions to compel against Ms.

8    Berry and KLA shall also be heard on February 9, 2010 at 10:00am

                        Respectfully submitted,

Dated:  January 29, 2010                LOWEY DANNENBERG COHEN & HART, P.C.

                                        By:  */s/ David Harrison*
                                                David Harrison

                                        *Counsel for Lead Plaintiff*

Dated:  January 29, 2010                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                        By:  */s/ Rebecca Lubens*
                                                Rebecca Lubens

                                        *Counsel for the Defendant Lisa C. Berry*

Dated:  January 29, 2010                MORGAN LEWIS & BOCKIUS LLP

                                        By:  */s/ Michelle Park Chiu*
                                                Michelle Park Chiu

                                        *Counsel for Non-Party KLA*

                        *       *       *

| | |
|---|---|
| 1 | O R D E R |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | |
| 4 | DATED: January 29, 2010 |
| 5 | PATRICIA V. TRUMBULL<br>United States Magistrate Judge |

{1964 / STIP / 00099961.DOC v1}STIP. AND [PROPOSED] ORDER RE MOTIONS TO COMPEL FROM KLA-TENCOR AND LISA C. BERRY
CASE NO. C06-04327-JW (PVT)

-2-

## ATTESTATION

I, David Harrison, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE MOTIONS TO COMPEL PRODUCTION FROM NON-PARTY KLA-TENCOR AND DEFENDANT LISA C. BERRY. In compliance with General Order 45.X.B, I hereby attest that Rebecca Lubens and Michelle Park Chiu concur in this filing.

Dated: January 29, 2010    By:    */s/ David Harrison*
                                    David Harrison

{1964 / STIP / 00099961.DOC v1}STIP. AND [PROPOSED] ORDER RE MOTIONS TO COMPEL FROM KLA-TENCOR AND LISA C. BERRY
CASE NO. C06-04327-JW (PVT)

-3-