1  BARBARA HART (*pro hac vice*)
   DAVID C. HARRISON (*pro hac vice*)
2  JEANNE D'ESPOSITO (*pro hac vice*)
   LOWEY DANNENBERG COHEN & HART, P.C.
3  One North Broadway, Suite 509
   White Plains, NY 10601-2310
4  Telephone: 914-997-0500
   Facsimile:  914-997-0035
5
   *Lead Counsel for the New York City Pension Funds and the Class*
6
   WILLEM F. JONCKHEER S.B.N. 178748
7  SCHUBERT JONCKHEER KOLBE & KRALOWEC LLP
   Three Embarcadero Center, Suite 1650
8  San Francisco, CA 94111
   Telephone: 415-788-4220
9  Facsimile:  415-778-0160

10 *Local Counsel*

11 MICHAEL A. CARDOZO
   Corporation Counsel of the City of New York
12 Carolyn Wolpert
   100 Church Street
13 New York, NY 10007
   Telephone: 212-788-0748
14
   *Attorneys for the New York City Pension Funds*
15

16              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
17                    SAN JOSE DIVISION

18

19 IN RE JUNIPER NETWORKS, INC.              No. C06-04327-JW (PVT)
   SECURITIES LITIGATION
20                                           STIPULATION AND XXXXXXXXXXXX
                                             ORDER RE HEARING ON MOTIONS
21                                           TO COMPEL PRODUCTION FROM
                                             NON-PARTY KLA-TENCOR AND
22 THE NEW YORK CITY EMPLOYEES'              DEFENDANT LISA C. BERRY
   RETIREMENT SYSTEM, et al.,
23                                           No. C08-0246-JW (PVT)
                        Plaintiffs,
24                                           BEFORE:   Hon. Patricia V. Trumbull
              v.
25
   LISA C. BERRY,
26
                        Defendant
27

28
   STIPULATION AND [PROPOSED] ORDER RE HEARING ON MOTIONS TO COMPEL PRODUCTION FROM NON-
   PARTY KLA-TENCOR AND DEFENDANT LISA C. BERRY – CASE NO. 06-04327-JW (PVT)

   {1964 / STIP / 00099961.DOC v1}

1   This Stipulation is entered into by and among Lead Plaintiff the New York City Pension
2   Funds, Defendant Lisa C. Berry, and non-party KLA-Tencor ("KLA") by and through their
3   respective attorneys of record.
4   WHEREAS, in order to coordinate the hearing of Lead Plaintiff's motions to compel
5   against Ms. Berry and KLA with other discovery motions that have been rescheduled for
6   February 9, 2010;
7   IT IS HEREBY SO STIPULATED that Lead Plaintiff's motions to compel against Ms.
8   Berry and KLA shall also be heard on February 9, 2010 at 10:00am

Respectfully submitted,

Dated: January 29, 2010                LOWEY DANNENBERG COHEN & HART, P.C.

By: _____*/s/ David Harrison*_____
                David Harrison

*Counsel for Lead Plaintiff*

Dated: January 29, 2010                ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____*/s/ Rebecca Lubens*_____
                Rebecca Lubens

*Counsel for the Defendant Lisa C. Berry*

Dated: January 29, 2010                MORGAN LEWIS & BOCKIUS LLP

By: _____*/s/ Michelle Park Chiu*_____
                Michelle Park Chiu

*Counsel for Non-Party KLA*

\*    \*    \*

{1964 / STIP / 00099961.DOC v1}STIP. AND              -1-
[PROPOSED] ORDER RE MOTIONS TO COMPEL
FROM KLA-TENCOR AND LISA C. BERRY
CASE NO. C06-04327-JW (PVT)

O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 29, 2010

*[signature: Patricia V. Trumbull]*

PATRICIA V. TRUMBULL
United States Magistrate Judge

## ATTESTATION

I, David Harrison, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER RE MOTIONS TO COMPEL PRODUCTION FROM NON-PARTY KLA-TENCOR AND DEFENDANT LISA C. BERRY. In compliance with General Order 45.X.B, I hereby attest that Rebecca Lubens and Michelle Park Chiu concur in this filing.

Dated:  January 29, 2010                              By:    */s/ David Harrison*
                                                                          David Harrison

{1964 / STIP / 00099961.DOC v1}STIP. AND [PROPOSED] ORDER RE MOTIONS TO COMPEL FROM KLA-TENCOR AND LISA C. BERRY CASE NO. C06-04327-JW (PVT)               -3-